**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FALCONER, KEVIN S | § | Case No. 12-82470 |
| FALCONER, KYLE M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 01/07/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/19/2012          By:  /s/JOSEPH D. OLSEN
                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FALCONER, KEVIN S | § | Case No. 12-82470 |
| FALCONER, KYLE M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,907.33 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 10,882.33 |

**Balance on hand:** $ 10,882.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,882.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,840.73 | 0.00 | 1,840.73 |
| Trustee, Expenses - JOSEPH D. OLSEN | 32.85 | 0.00 | 32.85 |

Total to be paid for chapter 7 administration expenses: $ 1,873.58
Remaining balance: $ 9,008.75

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $             0.00

Remaining balance:   $        9,008.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $             0.00

Remaining balance:   $        9,008.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,850.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 149.61 | 0.00 | 15.00 |
| 2 | GE Capital Retail Bank | 6,237.77 | 0.00 | 625.43 |
| 3 | FIA CARD SERVICES, N.A. | 8,732.16 | 0.00 | 875.52 |
| 4 | Capital One Bank (USA), N.A. | 511.12 | 0.00 | 51.25 |
| 5 | US BANK N.A. | 4,035.39 | 0.00 | 404.61 |
| 6 | American InfoSource LP as agent for | 3,085.15 | 0.00 | 309.33 |
| 7 | Sallie Mae | 16,012.91 | 0.00 | 1,605.52 |
| 8 | Sallie Mae | 27,150.94 | 0.00 | 2,722.27 |
| 9 | US Dept of Education | 9,060.57 | 0.00 | 908.45 |
| 10 | Capital One, N.A. | 533.54 | 0.00 | 53.50 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | Sallie Mae | 7,745.46 | 0.00 | 776.59 |
| 12 | Sallie Mae | 2,620.67 | 0.00 | 262.76 |
| 13 | Sallie Mae | 3,974.72 | 0.00 | 398.52 |

Total to be paid for timely general unsecured claims:    $    9,008.75

Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00

Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-82470-MB
Kevin S Falconer                                               Chapter 7
Kyle M Falconer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Nov 26, 2012
                             Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
```
db/jdb       +Kevin S Falconer,   Kyle M Falconer,   409 Shelden Drive,   Winnebago, IL 61088-9094
aty          +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
19082051      Bergner's,   P.O. Box 5893,   Carol Stream, IL 60197-5893
19082052      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
19401520      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19592107      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19082053     +Charter One Financial Inc,   1215 Superior Ave,   Cleveland, OH 44114-3299
19082054      Chase Credit Cards,   P. O. Box 15298,   Wilmington, DE 19850-5298
19401238      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19082055      FIA Card Services,   P.O. Box 15720,   Wilmington, DE 19850-5720
19082057     +GMAC Mortgage,   Bankruptcy Department,   1100 Virginia Dr,   Fort Washington, PA 19034-3204
19082058      Great Lakes Educational Loans,   P.O. Box 7860,   Madison, WI 53707-7860
19082060      HSBC Card Services,   P.O. Box 80082,   Salinas, CA 93912-0082
19082059     +Heritage Federal Credit Union,   5959 E. State St,   Rockford, IL 61108-2417
19082063      Pier 1 Imports,   P.O. Box 15298,   Wilmington, DE 19850-5298
19082064     +Salliemae Loan Servicing Center,   Attn: Bankruptcy Litigation,   P.O. Box 9500,
              Wilkes-Barre, PA 18773-9500
19082065      Target Stores,   c/o Target Credit Services,   P.O. Box 1581,   Minneapolis, MN 55440-1581
19082066     +U.S. Bank Hogan Loc,   P.O. Box 5227,   Cincinnati, OH 45201-5227
19479873     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
19555090      US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19487171      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2012 03:13:39
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
19082056      E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2012 02:52:47     GE Capital Retail Bank,
              P.O. Box 965035,   Orlando, FL 32896-5033
19343303      E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2012 03:13:38     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19082061      E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2012 02:51:21     JC Penney,   c/o GE Money Bank,
              P.O. Box 965009,   Orlando, FL 32896-5009
19082062      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 27 2012 02:36:08     Kohl's,   P.O. Box 3043,
              Milwaukee, WI 53201-3043
19518167     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 27 2012 04:31:21     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                               TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19611538*    +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**                **Signature:** _Joseph Speetjens_

District/off: 0752-3              User: kkrystave          Page 2 of 2              Date Rcvd: Nov 26, 2012
                                 Form ID: pdf006           Total Noticed: 26

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Jeffry A. Dahlberg    on behalf of Debtor Kevin Falconer MartiM@balsleylawoffice.com,
               SandyC@balsleylawoffice.com;LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                    TOTAL: 4