**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: FALCONER, KEVIN S § Case No. 12-82470
      FALCONER, KYLE M § 
 § 
Debtor(s) § 

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $175,868.00  *(without deducting any secured claims)* | Assets Exempt: $80,154.00 |
| Total Distribution to Claimants: $9,008.75 | Claims Discharged Without Payment: $203,616.21 |
| Total Expenses of Administration: $1,898.58 | |

    3) Total gross receipts of $ 10,907.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,907.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $103,342.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,898.58 | 1,898.58 | 1,898.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,515.71 | 89,850.01 | 89,850.01 | 9,008.75 |
| **TOTAL DISBURSEMENTS** | $232,857.71 | $91,748.59 | $91,748.59 | $10,907.33 |

4) This case was originally filed under Chapter 7 on June 27, 2012. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2013          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Securties - PFG | 1229-000 | 10,907.33 |
| **TOTAL GROSS RECEIPTS** | | **$10,907.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Heritage Federal Credit Union | 4110-000 | 49,664.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage Bankruptcy Department | 4110-000 | 53,678.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$103,342.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,840.73 | 1,840.73 | 1,840.73 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 32.85 | 32.85 | 32.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,898.58** | **$1,898.58** | **$1,898.58** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | N/A | 149.61 | 149.61 | 15.00 |
| 2 | GE Capital Retail Bank | 7100-000 | 6,269.89 | 6,237.77 | 6,237.77 | 625.43 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 8,732.16 | 8,732.16 | 875.52 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 470.87 | 511.12 | 511.12 | 51.25 |
| 5 | US BANK N.A. | 7100-000 | N/A | 4,035.39 | 4,035.39 | 404.61 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 3,085.15 | 3,085.15 | 309.33 |
| 7 | Sallie Mae | 7100-000 | N/A | 16,012.91 | 16,012.91 | 1,605.52 |
| 8 | Sallie Mae | 7100-000 | N/A | 27,150.94 | 27,150.94 | 2,722.27 |
| 9 | US Dept of Education | 7100-000 | N/A | 9,060.57 | 9,060.57 | 908.45 |
| 10 | Capital One, N.A. | 7100-000 | N/A | 533.54 | 533.54 | 53.50 |
| 11 | Sallie Mae | 7100-000 | N/A | 7,745.46 | 7,745.46 | 776.59 |
| 12 | Sallie Mae | 7100-000 | N/A | 2,620.67 | 2,620.67 | 262.76 |
| 13 | Sallie Mae | 7100-000 | N/A | 3,974.72 | 3,974.72 | 398.52 |
| NOTFILED | FIA Card Services | 7100-000 | 8,942.16 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Educational Loans | 7100-000 | 9,821.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Credit Cards | 7100-000 | 6,770.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 15,249.61 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Cards | 7100-000 | 13,642.96 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 664.45 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney c/o GE Money Bank | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Stores c/o Target Credit Services | 7100-000 | 3,074.03 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Hogan Loc | 7100-000 | 3,866.00 | N/A | N/A | 0.00 |
| NOTFILED | Salliemae Loan Servicing Center | 7100-000 | 46,528.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One Financial Inc | 7100-000 | 12,655.00 | N/A | N/A | 0.00 |
| NOTFILED | Pier 1 Imports | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergner's | 7100-000 | 1,175.74 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $129,515.71 | $89,850.01 | $89,850.01 | $9,008.75 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82470  
**Case Name:** FALCONER, KEVIN S  
FALCONER, KYLE M  
**Period Ending:** 02/28/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/27/12 (f)  
**§341(a) Meeting Date:** 07/26/12  
**Claims Bar Date:** 11/15/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate located at: 409 Shelden Drive, Winne | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U.S. Bank/ checking | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | U.S. Bank/ savings | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | Heritage Federal Credit Union/ savings | 2,039.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing and personal items | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding Rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Principle Mutual Life Insurance Policy | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Principle Mutual Life Insurance Policy | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Interest in Anderson Packaging 401K Plan | 33,854.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2001 Jeep Grand Cherokee | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2003 Chevrolet Silverado | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1994 Honda Accord | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1978 Boat & Trailer | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 3 Snowmobiles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Securties - PFG (u) | 9,900.00 | 9,500.00 | | 10,907.33 | FA |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$185,768.00** | **$9,500.00** | | **$10,907.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 31, 2013  
**Current Projected Date Of Final Report (TFR):** November 26, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-82470 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | FALCONER, KEVIN S | | **Bank Name:** | Rabobank, N.A. |
| | FALCONER, KYLE M | | **Account:** | ****155766 - Checking Account |
| **Taxpayer ID #:** | **-***1230 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 02/28/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 02/28/2013 08:04 AM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-82470  
**Case Name:** FALCONER, KEVIN S  
FALCONER, KYLE M  
**Taxpayer ID #:** **-***1230  
**Period Ending:** 02/28/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/12 | {16} | Computershare | turnover shares | 1229-000 | 6,663.45 | | 6,663.45 |
| 09/27/12 | {16} | Computershare | turnover shares | 1229-000 | 4,243.88 | | 10,907.33 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,882.33 |
| 01/08/13 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,840.73, Trustee Compensation; Reference: | 2100-000 | | 1,840.73 | 9,041.60 |
| 01/08/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $32.85, Trustee Expenses; Reference: | 2200-000 | | 32.85 | 9,008.75 |
| 01/08/13 | 103 | FIA CARD SERVICES, N.A. | Dividend paid 10.02% on $8,732.16; Claim# 3; Filed: $8,732.16; Reference: | 7100-000 | | 875.52 | 8,133.23 |
| 01/08/13 | 104 | Capital One Bank (USA), N.A. | Dividend paid 10.02% on $511.12; Claim# 4; Filed: $511.12; Reference: | 7100-000 | | 51.25 | 8,081.98 |
| 01/08/13 | 105 | US BANK N.A. | Dividend paid 10.02% on $4,035.39; Claim# 5; Filed: $4,035.39; Reference: | 7100-000 | | 404.61 | 7,677.37 |
| 01/08/13 | 106 | American InfoSource LP as agent for | Dividend paid 10.02% on $3,085.15; Claim# 6; Filed: $3,085.15; Reference: | 7100-000 | | 309.33 | 7,368.04 |
| 01/08/13 | 107 | US Dept of Education | Dividend paid 10.02% on $9,060.57; Claim# 9; Filed: $9,060.57; Reference: | 7100-000 | | 908.45 | 6,459.59 |
| 01/08/13 | 108 | Capital One, N.A. | Dividend paid 10.02% on $533.54; Claim# 10; Filed: $533.54; Reference: | 7100-000 | | 53.50 | 6,406.09 |
| 01/08/13 | 109 | GE Capital Retail Bank | Combined Check for Claims#1,2 | | | 640.43 | 5,765.66 |
| | | | Dividend paid 10.02%  15.00 on $149.61; Claim# 1; Filed: $149.61 | 7100-000 | | | 5,765.66 |
| | | | Dividend paid 10.02%  625.43 on $6,237.77; Claim# 2; Filed: $6,237.77 | 7100-000 | | | 5,765.66 |
| 01/08/13 | 110 | Sallie Mae | Combined Check for Claims#7,8,11,12,13 | | | 5,765.66 | 0.00 |
| | | | Dividend paid 10.02%  1,605.52 on $16,012.91; Claim# 7; Filed: $16,012.91 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.02%  2,722.27 on $27,150.94; Claim# 8; Filed: $27,150.94 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.02%  776.59 on $7,745.46; Claim# 11; Filed: $7,745.46 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.02%  262.76 on $2,620.67; Claim# 12; Filed: $2,620.67 | 7100-000 | | | 0.00 |

Subtotals :    $10,907.33    $10,907.33

{} Asset reference(s)                                       Printed: 02/28/2013 08:04 AM    V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-82470  
**Case Name:** FALCONER, KEVIN S  
FALCONER, KYLE M  
**Taxpayer ID #:** **-***1230  
**Period Ending:** 02/28/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 10.02%   398.52<br>on $3,974.72; Claim#<br>13; Filed: $3,974.72 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,907.33 | 10,907.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,907.33 | 10,907.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,907.33** | **$10,907.33** | |

Net Receipts :   10,907.33  
Net Estate :   $10,907.33

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****155766** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******41-66** | 10,907.33 | 10,907.33 | 0.00 |
| | $10,907.33 | $10,907.33 | $0.00 |

{} Asset reference(s)